er judge at Special Term had previously denied it, and capital letters are resorted to so that this may be made plain to us. The answer to this statement is that when the record is examined it is found not to be true. The defendant Gilbert's motion was previously denied by another judge, but the motion now before us was made by the other defendant. The subjecting of judges to false criticism of this kind deserves severe reproof. It is always regrettable to find statements in a brief which are not in accordance with the record and are calculated to mislead. Moreover, the order and papers on the previous motion were not produced at all on the present motion, nor was the learned justice informed of them by affidavit. In order to give color to his unfounded criticism, however, the plaintiff's attorney has included them in the appeal record. The order should be affirmed.

JABURG v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by John Jaburg against the Haserot Canneries Company. No opinion. Motion denied. Settle order on notice.

JACOBS, Appellant, v. JACOBS, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by Bessie Jacobs against Harry J. Jacobs. E. T. Taliaferro, for appellant. E. Kaufmann, for respondent. No opinion. Order reversed, and motion granted, to allow plaintiff alimony at the rate of $15 per week, payment to commence from the 15th day of September, 1908. Settle order on notice.

JACOBSON, Respondent, v. HOFFMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1908.) Action by Celia Jacobson against Abraham A. Hoffman. No opinion. Judgment of the Municipal Court affirmed, with costs.

JAMES BUTLER, Inc., v. DEEGAN et al. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by James Butler, Incorporated, against Edward Deegan and another. No opinion. Motion denied, on terms stated in order. Order filed.

J. EDWARD OGDEN CO., Respondent, v. GEFIOR, Appellant. (Supreme Court, Appellant Division, First Department. December 11, 1908.) Action by the J. Edward Ogden Company against Otto Gefior. B. Butler, for appellant. W. J. Martin, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JOHN J. HART CO., Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department December 11, 1908.) Action by the John J. Hart Company against the City of New York. G. B. Hayes, for appellant. T. Farley, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JOHN PIRKL IRON WORKS, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by the John Pirkl Iron Works against Peter J. Ryan. No opinion. Order affirmed, with $10 costs and disbursements, upon the authority of Knowles v. Lichtenstein, 33 App. Div. 605, 54 N. Y. Supp. 49.

JOHN V. SCHAEFER & CO., Respondent, v. CONKLIN, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by John V. Schaefer & Co. against Roland R. Conklin. H. M. Earle, for appellant. J. Frankenheimer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JONES, Respondent, v. NEW YORK ELEVATED R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. November 20, 1908.) Action by John K. Jones, individually, etc., against the New York Elevated Railroad Company and others. T. L. Waugh, for appellants. E. M. Shepard, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JONES, Respondent, v. TANNER, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Frank Z. Jones against James Tanner. No opinion. Order affirmed, with $10 costs and disbursements.

KANE, Respondent, v. WILKINSON MFG. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Arthur Leo Kane, an infant, by T. Joseph Kane, his guardian ad litem, against the Wilkinson Manufacturing Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents. SMITH, P. J., not voting.

KEENAN, Respondent, v. EISENBACH REALTY & CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Michael Joseph Keenan, Jr., against the Eisenbach Realty & Construction Company. No opinion. Judgment and order unanimously affirmed, with costs.

KERRIGAN, Respondent, v. UVALDE ASPHALT PAV. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by John M. Kerrigan against the Uvalde Asphalt Paving Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

KIESLING, Appellant, v. KIESLING, Respondent. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by John W. Kiesling against Carrie Kiesling. No opinion. Order affirmed, with $10 costs and disbursements.